IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      04-cv-02533-MSK-OES)

NESTLE PREPARED FOODS COMPANY,

Plaintiff(s),

vs.

POCKET FOODS CORPORATION,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 5, 2005

      There being no objection, Plaintiff's First Motion for Leave to File Amended Complaint [filed September 19, 2005, Document 40] is GRANTED and the tendered Amended Complaint accepted for filing.