IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02533-MSK-MEH

NESTLE PREPARED FOODS COMPANY,

      Plaintiff,

v.

POCKET FOODS CORPORATION and
V & V ENTERPRISES, INC., an Ohio corporation,

      Defendant.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL OF STATE LAW CLAIMS**

---

This matter comes before the Court upon the parties' Stipulation for Dismissal of State Law Claims, and the Court having been fully apprised in the premises,

**IT IS HEREBY ORDERED** that Plaintiff's Third Claim for Relief (State Trademark Infringement), Fourth Claim for Relief (Common Law Trademark Infringement and Unfair Competition), and Fifth Claim for Relief (Deceptive Trade Practices) are dismissed, each party to bear its own costs and attorneys fees.

Dated this 5th day of July, 2006

                                              **BY THE COURT:**

*/s/ Marcia S. Krieger*

                                              Marcia S. Krieger
                                              United States District Judge