IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02533-MSK-MEH

NESTLE PREPARED FOODS COMPANY,

    Plaintiff,

v.

POCKET FOODS CORPORATION and
V & V ENTERPRISES, INC., an Ohio corporation,

    Defendant.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on a Renewed Motion to Allow Filing of Defendants' Response Instanter **(#82)** filed August 4, 2006. The renewed motion does not demonstrate what reasonable, good faith efforts were made to confer as required by D.C.COLO.LCivR 7.1(A).

**IT IS THEREFORE ORDERED** that the Renewed Motion to Allow Filing of Defendants' Response Instanter **(#82)** is **DENIED**, without prejudice.

Dated this 4th day of August, 2006.

                                              **BY THE COURT:**

                                              Marcia S. Krieger
                                              United States District Judge