IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02533-MSK-MEH

NESTLE PREPARED FOODS COMPANY,

    Plaintiff,

v.

POCKET FOODS CORPORATION and
V & V ENTERPRISES, INC., an Ohio corporation,

    Defendant.

___

## ORDER GRANTING UNCONTESTED MOTION TO FILE RESPONSE

___

THIS MATTER comes before the Court on the Defendants' Renewed Uncontested Motion to Allow Filing of Defendants' Response *Instanter* **(#84).** Having considered the same,

**IT IS ORDERED** that the motion **(#84)** is **GRANTED** and the Defendants' response **(#80-2)** is accepted for filing.

Dated this 11th day of September, 2006

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge