IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02533-MSK-MEH

NESTLE PREPARED FOODS COMPANY,

    Plaintiff,

v.

POCKET FOODS CORPORATION and
V & V ENTERPRISES, INC., an Ohio corporation,

    Defendant.

---

## ORDER GRANTING JOINT REQUEST FOR CLARIFICATION

---

THIS MATTER comes before the Court on the parties' Joint Request for Clarification of October 19, 2006 Order **(#96)**.

In the October Order, the Court set a hearing for purposes of scheduling a trial on the remaining issue of personal jurisdiction. The Order directed the parties to submit a proposed form of judgment 10 days before the hearing. The parties are unclear what the proposed form of judgment should contain, for example, whether it should address personal jurisdiction.

Judgments are governed by Fed.R.Civ.P. Rules 54(a) and 58. The terms of the judgment should conform to either the Court's previous ruling on the cross motions for summary judgment or any agreement that the parties have reached. A judgment is usually a one-page document that specifies 1) who the judgment is entered in favor of and against; 2) whether the judgment is declaratory or for money damages; 3) whether any future injunction is imposed; and 4) whether costs or attorney fees are awarded. A judgment contains no findings of fact or conclusions of

law.  Indeed, it makes no reference to personal jurisdiction, because if there is no personal jurisdiction, it cannot be entered.

      **IT IS THEREFORE ORDERED** that the Joint Request for Clarification of October 19, 2006 Order **(#96)** is **GRANTED** to the extent set forth above.

      Dated this 1st day of December, 2006

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge