IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02533-MSK-MEH

NESTLE PREPARED FOODS COMPANY,

    Plaintiff,

v.

POCKET FOODS CORPORATION and
V & V ENTERPRISES, INC., an Ohio corporation,

    Defendants.

## ORDER VACATING AND RESETTING EVIDENTIARY HEARING

Due to inclement weather,

**IT IS ORDERED** that the evidentiary hearing set for December 22, 2006 at 8:30 a.m. is **VACATED** and **RESET** to January 23, 2007 at 8:30 a.m.

Dated this 21st day of December, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge