IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02533-MSK-MEH

NESTLE PREPARED FOODS COMPANY,

     Plaintiff,

v.

POCKET FOODS CORPORATION and
V & V ENTERPRISES, INC., an Ohio corporation,

     Defendants.

---

## ORDER

---

     **IT IS HEREBY ORDERED** that the Evidentiary Hearing on Personal Jurisdiction **(#107)** previously set to commence on January 23, 2007 is reset to **March 22, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

     Dated this 11th day of January, 2007

     **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge